IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ZACHERY WILSON, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 15-00160-KD-N |
| TAWANNA BYRD, *et al.*, | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) (doc. 32) is **ADOPTED** as the opinion of this Court.[1]

Accordingly, it is **ORDERED** that this action is **DISMISSED** with prejudice.

**DONE** this 15th day of April 2016.

> s/ Kristi K. DuBose
> KRISTI K. DuBOSE
> UNITED STATES DISTRICT JUDGE

---

[1] Wilson's motion for status (doc. 34) is MOOT.